UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**Ronald Pairan,**
    **Plaintiff,**

-vs-                                                     Case No.  1:20-CV-17

**Guardian Protection Services of Ohio, LLC et al,**
    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Magistrate Judges July 14, 2020 R&R (Doc. 19) is ADOPTED and Plaintiff's Objections (Doc. 21) are OVERRULED.

Date:  September 8, 2020                                  Richard W. Nagel, CLERK

                                                                               By:s/Benjamin Codispoti
                                                                               Benjamin Codispoti, Deputy Clerk